FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-0118
_____

LEON NEWBERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

March 13, 2024


PER CURIAM.

AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Leon Newberry, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.